part of a new body of individuals exercising the same powers as those possessed by their predecessors. In passing it seems worthy of suggestion that even though it should be assumed that the present board of prison terms and paroles has no power to sit as a parole board to consider cases where prisoners have been sentenced under the earlier indeterminate sentence law, nevertheless their confinement would not be in violation of the Federal Constitution nor of any law or treaty of the United States, the only ground upon which this court could base jurisdiction. Section 453, title 28, U.S.C. (28 U.S.C.A. § 453).

Writ denied.

Michael HESLIN v. Louis BUNGE et al.

UNITED STATES ex rel. George CARROLL v. J. M. McCAULEY, Warden, et al.

John H. HOFFMAN v. J. M. McCAULEY, Warden.

Clark SIMPSON v. Louis BUNGE et al.

In the Matter of the Application of Harry L. HARPER for Writ of Habeas Corpus.

George KEMP v. Louis BUNGE et al.

Glen BRANDT v. J. M. McCAULEY, Warden.

UNITED STATES ex rel. Clifford SARGENT v. J. M. McCAULEY, Warden.

UNITED STATES ex rel. Paul C. O'NEIL v. J. M. McCAULEY, Warden.

UNITED STATES ex rel. E. B. JOHNSON v. J. M. McCAULEY, Warden.

Leslie W. ROOT v. J. M. McCAULEY, Warden, et al.

Frank J. LESTER v. J. M. McCAULEY, Warden.

Charles W. LOGAN v. J. M. McCAULEY, Warden.

In the Matter of the Application of Frank FULLER for a Writ of Habeas Corpus.

William RUSSELL v. Louis BUNGE et al.

Frank GENOVA v. J. M. McCAULEY, Warden, et al.

Rollo FRAIR v. J. M. McCAULEY, Warden, et al.

Charles ALLEN v. Louis BUNGE et al.

Randolph P. JENNINGS v. Louis BUNGE et al.

Wesley Ames PENNEY v. J. M. McCAULEY, Warden.

A. L. EDMAN v. J. M. McCAULEY, Warden, et al.

William WHITNEY v. Louis BUNGE et al.

Fred PERKINS v. James M. McCAULEY, Warden.

Otis BROWN v. J. M. McCAULEY, Warden, et al.

Nos. L–1444, L–1454 to L–1457, L–1475, L–1489, L–1491 to L–1493, L–1495 to L–1498, L–1499 to L–1509.

District Court of the United States, E. D. Washington, S. D.

July 8, 1937.

E. D. Phelan, of Seattle, Wash., and John C. Hurspool, of Walla Walla, Wash., for petitioners.

G. W. Hamilton, Atty. Gen., and W. A. Toner, Asst. Atty. Gen., for respondents.

PER CURIAM.

The following cases present substantially the same questions as those discussed and disposed of in the foregoing memorandum (Milliken v. McCauley [D.C.] 20 F.Supp. 202), and the same order will be entered therein.

HARR, Pa. Secretary of Banking, v. UNITED STATES.

No. 18422.

District Court, E. D. Pennsylvania.

Aug. 18, 1937.

